# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**431**
**CA 12-01415**
PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, VALENTINO, AND MARTOCHE, JJ.

---

UTICA MUTUAL INSURANCE COMPANY, EXPRESSWAY
AUTO AUCTION, INC. AND EDWARD MILLER,
PLAINTIFFS-RESPONDENTS,

V                                                          MEMORANDUM AND ORDER

ERIE INSURANCE COMPANY, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

HURWITZ & FINE, P.C., BUFFALO (KATHERINE A. FIJAL OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LESTER SCHWAB KATZ & DWYER, LLP, NEW YORK CITY (JOSHUA C. ZIMRING OF
COUNSEL), FOR PLAINTIFFS-RESPONDENTS.

-----------------------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Supreme Court, Oneida County (David
A. Murad, J.), entered June 27, 2012.  The judgment awarded plaintiff
Utica Mutual Insurance Company the sum of $260,803 against defendant.

        It is hereby ORDERED that the judgment so appealed from is
unanimously vacated without costs.

        Same Memorandum as in *Utica Mut. Ins. Co. v Erie Ins. Co.* ([appeal
No. 1] ___ AD3d ___ [June 14, 2013]).

Entered:  June 14, 2013                          Frances E. Cafarell
                                                 Clerk of the Court